# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

DEMARCUS ANDRE KINSEY

Case Number: 6:96-CR-173-ORL-22DAB

USM Number: 20861-018

Peter Warren Kenny, AFPD
201 S. Orange Ave, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Three, Four, Seven, and Eight of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Conviction for Conduct, Possession of Drug Paraphernalia | October 14, 2008 |
| Three | Failure to Report | February 27, 2009 |
| Four | Failure to Follow the Instructions of the Probation Officer | October 22, 2008 |
| Seven | Failure to Submit to Urinalysis | March 12, 2009 |
| Eight | Failure to Participate in Drug Aftercare treatment | May 22, 2009 |

Violations Two, Five, Six and Nine are dismissed upon the motion of the United States.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

9/14/2009

_____
ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 Months**. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The Court request from the Bureau of Prisons the Defendant be afforded the opportunity to participate in a drug abuse treatment program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal